NEW JERSEY AND HUDSON RIVER RAILWAY AND FERRY COMPANY ET AL., APPELLANTS, v. THE HACKENSACK IMPROVEMENT COMMISSION, RESPONDENT.

Submitted October 31, 1930—Decided April 17, 1931.

For the appellant, *Frank Bergen* and *William H. Speer.*

For the respondent, *Walter G. Winne.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, J.   11.

*For reversal*—None.